IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR262 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LUIS NUNEZ-RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the government to revoke the release order of defendant Luis Nunez-Rodriguez (Nunez-Rodriguez) (Filing No. 44). The court held a telephone conference with counsel on October 10, 2012. Special Assistant U.S. Attorney Christopher L. Ferretti represented the United States. Paul J. Forney represented Nunez-Rodriguez. Mr. Forney informed the court Nunez-Rodriguez has filed a motion for reconsideration of the Immigration Judge's decision to deny bond to Nunez-Rodriguez. Mr. Forney informed the court the decision of the motion for reconsideration should be made promptly, at least within thirty days. SAUSA Ferretti was informed of his obligation to notify the court immediately if there was an imminent removal of Nunez-Rodriguez from the United States if the motion for reconsideration would not forestall such action.

**IT IS ORDERED:**

1. The government's motion to revoke the release order is held in abeyance pending the decision of the Immigration Judge on Nunez-Rodriguez's motion for reconsideration.

2. Mr. Forney is to immediately notify the court upon being notified of the decision of the Immigration Judge on the motion for reconsideration.

DATED this 10th day of October, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge