IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:12CR262 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| LUIS NUNEZ-RODRIGUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the government to revoke the release order of defendant Luis Nunez-Rodriguez (Nunez-Rodriguez) (Filing No. 44). The motion was held in abeyance pending the decision of the Immigration Judge on Nunez-Rodriguez's motion for reconsideration of the denial of bail in the Immigration proceedings (Filing No. 46). The court has been informed the Immigration Judge has denied the motion for reconsideration. Accordingly, the government's motion to revoke the release order is granted.

**IT IS ORDERED:**

1. The release order of Luis Nunez-Rodriguez (Filing No. 35) is hereby revoked.
2. The U.S. Marshal shall place a detainer with ICE for the custody of Luis Nunez-Rodriguez.

DATED this 5th day of November, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge